**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ANTONIO RENAULD HENDERSON, ) <br> ID # 1031853, ) <br>     Petitioner, ) <br> vs. ) <br> ) <br> DOUGLAS DRETKE, Director TDCJ-CID, ) <br>     Respondent. ) | No. 3:99-CV-1050-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** petitioner's January 19, 2006 and November 15, 2007 motions (docs. 31 and 32). As recommended by the Magistrate Judge, the Court hereby **BARS** petitioner from filing any further documents in this case except for filings directly related to the two motions resolved herein, such as an appeal from this order or a motion to proceed *in forma pauperis* on an appeal from this order.

**If Petitioner submits other filings, in contravention of this Order, the Clerk of the Court is DIRECTED to docket any other submitted filings for administrative purposes only. No other action will be taken on such filings except that they will be immediately administratively closed without judicial involvement.**

Petitioner is also affirmatively **WARNED** that should he persist with his improper legal maneuverings, the Court may impose additional sanctions, including a monetary sanction payable to the Clerk of the Court and a prohibition from filing any additional actions in federal court without first obtaining permission from the Court.

**SO ORDERED this 19th day of March, 2008.**

_____
**BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**